# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

December 15, 2014

No. 13-40317    Aransas Project v. Bryan Shaw, et al
                USDC No. 2:10-CV-75

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

Enclosed is a copy of the Court's revised opinion issued in the above referenced matter.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rhonda M. Flowers, Deputy Clerk

cc:
    Mr. James B. Blackburn Jr.
    Mr. Michael J. Booth
    Ms. Molly Jan Cagle
    Ms. Lyn Elizabeth-Raue Clancy
    Ms. Mary B. Conner
    Ms. Amy Marie Emerson
    Mr. Sydney W. Falk Jr.
    Mr. Edward F. Fernandes
    Mr. Carl Ryan Galant
    Mr. Evan Scott Greene
    Mr. Charles William Irvine
    Mr. Russell S. Johnson
    Mr. David Alfred Kahne
    Mr. Mario Loyola
    Mr. Edmond Robert McCarthy Jr.
    Mr. Jonathan F. Mitchell
    Mr. John Jeffery Mundy
    Ms. Marisa Perales
    Mr. Kenneth R. Ramirez
    Ms. Kathy E. B. Robb
    Mr. Carlos Ricardo Romo
    Mr. David Wesley Ross
    Mr. Jason Craig Rylander
    Ms. Amy L. Saberian
    Ms. Kathryn Smyth Snapka
    Mrs. Michelle Shamblin Stratton

Mr. Aaron Michael Streett
Ms. Melinda E. Taylor
Mr. Charles Patrick Waites
Mr. Bruce Wasinger
Mr. Evan A. Young