# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 18, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  The Aransas Project
           v. Bryan Shaw, Chairman of the Texas Commission on
           Environmental Quality, et al.
           No. 14-1138
           (Your No. 13-40317)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 16, 2015 and placed on the docket March 18, 2015 as No. 14-1138.

                                  Sincerely,

                                  **Scott S. Harris**, Clerk

                                  by

                                  Jacob C. Travers
                                  Case Analyst